## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| **GREGORY PAUL VIOLETTE,** | ) |
| **Plaintiff,** | ) |
| v. | ) Civil No. 17-cv-501-SM |
| **STRAFFORD COUNTY DEPARTMENT OF CORRECTIONS and FEDERAL BUREAU OF PRISONS,** | ) |
| **Defendants.** | ) |

### DEFENDANT FEDERAL BUREAU OF PRISONS' MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(1), and Local Rule 7.1, Defendant Federal Bureau of Prisons ("Defendant BOP") moves to dismiss Plaintiff's claims because he has failed to comply with the administrative tort claims procedures, thereby divesting the Court of subject matter jurisdiction.  28 U.S.C. § 2675(a).

In support of this motion, Defendant BOP refers the Court to the concurrently filed Memorandum in Support of Defendant BOP's Motion to Dismiss for Lack of Subject Matter Jurisdiction, to the Declarations of Tara Moran and Gerald Auerbach, and to the record of litigation.[1]

---

[1] Because this is a dispositive motion, Defendant BOP has not sought Plaintiff's concurrence.

                    Respectfully submitted,

                    JOHN F. FARLEY
                    Acting United States Attorney

Dated:   January 9, 2018          By: /s/ Terry L. Ollila
                    Terry L. Ollila
                    Assistant U.S. Attorney
                    NH Bar No. 16371
                    53 Pleasant Street, 4th Floor
                    Concord, NH   03301
                    603-225-1552
                    Terry.Ollila@usdoj.gov

## CERTIFICATE OF SERVICE

     I certify that on this 9th day of January, 2018, a copy of the above Motion with attachments was served: (1) via ECF on Corey M. Belobrow, Esquire, counsel for Defendant Strafford Dept. of Corrections; and (2) via first class, postage prepaid mail to Gregory Paul Violette, pro se plaintiff, 2 Route 3, PO Box 12, Palermo, ME 03254-0212.

                    /s/ Terry Ollila
                    Terry Ollila, AUSA